# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | |
| Plaintiff, | 3:17-cv-00552-RCJ-WGC |
| vs. | |
| JAMES DZURENDA et al., | **ORDER** |
| Defendants. | |

Plaintiff Lance Reberger, a prisoner in the custody of the Nevada Department of Corrections, has filed a civil rights complaint under 42 U.S.C. § 1983. As noted by Judge Du in an order dismissing the complaint in Case No. 3:16-cv-269 for failure to pay the filing fee—an order the Court of Appeals affirmed—Plaintiff has known since at least 2013 that he has had three strikes under 28 U.S.C. § 1915(g).

IT IS HEREBY ORDERED that the Application to Proceed in Forma Pauperis (ECF No. 1) is DENIED, and the Motion for Screening (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that if Plaintiff doe not pay the $350 filing fee and $50 administrative fee in full within twenty-eight (28) days of this Order, the Court may dismiss the action without prejudice without further notice.

Dated this 9th day of November, 2018.

_____
ROBERT C. JONES
United States District Judge