# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:17-cv-00552-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 6, 2021 |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:    NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extra $50 on NDOC Copy Machine" (ECF No. 28). Plaintiff requests an additional $50.00 be added to his copy work limit.

Plaintiff's "Motion for Extra $50 on NDOC Copy Machine" (ECF No. 28) is **GRANTED**. Plaintiff's copy work limit shall be increased by **$50.00**. Because this allowance will provide Plaintiff up to 500 copies, he should use this allowance judiciously.   The court will likely not look favorably upon any future requests for copy allowance increase.  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
     Deputy Clerk