# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | 3:17-cv-00552-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | October 12, 2021 |
| JAMES DZURENDA, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time of 30 Days to Respond to Slonim's Motion to Dismiss" (ECF No. 75).

Plaintiff's "Motion for Extension of Time of 30 Days to Respond to Slonim's Motion to Dismiss" (ECF No. 75) is **GRANTED**.  Plaintiff shall have to and including **November 8, 2021**, in which to file a response to Defendant Slonim's Motion to Dismiss (ECF No. 68).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
                Deputy Clerk