UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>             Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>             Defendants. | Case No.: 3:17-CV-00552-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 90) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 90[1]) entered on December 1, 2021, recommending that the Court deny Defendant Slonim's motion to dismiss or motion for a more definite statement (ECF No. 68). Defendant Slonim filed his objection to magistrate judge's report and recommendation (ECF No. 93), Plaintiff Lance Reberger filed his reply (ECF No. 94), and Defendant Slonim filed a reply in support of his objections (ECF No. 95).

This action was referred to Magistrate William G. Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 90), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Slonim's Motion to Dismiss, or Motion for a More Definite Statement (ECF No. 68) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 13th day of January 2022.

_____
ROBERT C. JONES
United States District Judge