UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>        Defendants. | Case No.: 3:17-CV-00552-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 119) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney (ECF No. 119[1]) entered on May 17, 2022, recommending that the Court deny Plaintiff Lance Reberger's ("Reberger") Motion for Summary Judgment (ECF No. 111). Reberger filed his objections (ECF No. 124), Defendants Aranas, Byrne, Cegasvske, Deal, Dzurenda, Flores, Gittere, Laxalt, Nash and Sandoval filed a response to Reberger's objections (ECF No. 125) and Defendants' Tony Slonim and Carol Meyer's responded to Reberger's objections (ECF No. 126).

---

[1] Refers to Court's docket number.

1

This action was referred to Magistrate Craig S. Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Denney's Report and Recommendation (ECF No. 119) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Reberger's Motion for Summary Judgment (ECF No. 111) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 14TH day of June 2022.

_____
ROBERT C. JONES
United States District Judge