# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>       Defendants. | 3:17-cv-00552-RCJ-CSD<br><br>**ORDER** |

  On May 20, 2022, Defendants filed their Motions for Summary Judgment (ECF Nos. 120, 121) in this action. To date, Plaintiff has failed to oppose the motions.

  Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file a response to Defendants' Motions for Summary Judgment (ECF Nos. 120, 121).

  **IT IS SO ORDERED.**

  DATED: June 15, 2022.

                  _CSD_
                 UNITED STATES MAGISTRATE JUDGE