# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　　　　　Defendants. | 3:17-cv-00552-RCJ-CSD<br><br>**ORDER** |

Before the court is Plaintiff's Motion for Extension of Time to File Oppositions to Motions for Summary Judgment (ECF No. 129). Plaintiff requests an extension through July 25, 2022, to oppose Defendants' Motion for Summary Judgment (ECF No. 120), and an extension through August 1, 2022, to oppose Defendants Meyer and Slonim's Motion for Summary Judgment (ECF No. 121).

**IT IS HEREBY ORDERED** that Plaintiff shall have to and including **July 25, 2022**, to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 120).

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **August 1, 2022**, to file an opposition to Defendants Meyer and Slonim's Motion for Summary Judgment (ECF No. 121).

DATED: June 27, 2022.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE