UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | Case No.: 3:17-CV-00552-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 146) |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 146[1]) entered on October 19, 2022, recommending that the Court that Defendants Tony Slonim's and Carol Meyer's ("Slonim" and "Meyer") motion for summary judgment (ECF No. 121), be granted.

This action was referred to Magistrate Judge Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 146) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Slonim's and Meyer's motion for summary judgment (ECF No. 121), is **GRANTED.**

**IT IS SO ORDERED**.

Dated: November 14, 2022.

                                                     _____
                                                     ROBERT C. JONES
                                                     United States District Judge