AARON D. FORD
  Attorney General
SHERYL SERREZE, Bar No. 12864
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: Sserreze@ag.nv.gov
*Attorneys for Defendants*
*Romeo Aranas, Quentin Byrne, Barbara Cegasvske, Dwayne Deal, James Dzurenda, Nancy Flores, William Gittere, Adam Paul Laxalt, Jennifer Nash, and Brian Sandoval*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LANCE REBERGER,

    Plaintiff,

vs.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 3:17-cv-00552-RCJ-CSD

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and through the parties, LANCE REBERGER, and D. Randall Gilmer, Chief Deputy Attorney General, on behalf of attorney of record, Sheryl Serreze and Defendants, all of whom are current or former employees of the Nevada Department of Corrections, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 12th of January, 2023.

By: /s/ Lance Reberger
Lance Reberger, Plaintiff
In Pro Per

DATED this 12th Day of January, 2023.
AARON D. FORD
Attorney General

By: /s/ D. Randall Gilmer on behalf of
Sheryl Serreze, Bar No. 12864
Deputy Attorney General
D. Randall Gilmer, Bar No. 14001
*Attorneys for Defendants*

1

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED February 9, 2023.

_____
UNITED STATES DISTRICT JUDGE